IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LASHONDRA YOUNG and DANIEL CATHERN, ) ) ) ) Plaintiffs, ) ) ) v. ) ) ALLSTATE PROPERTY AND ) CASUALTY INSURANCE ) COMPANY, ) ) Defendant. ) ) | No. 2:16-cv-02961-JPM-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having been removed to the Court on December 8, 2016 (ECF No. 1), the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 19), filed April 6, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 10th day of April, 2017.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE